IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WENDELL CURCIO,

      Appellant,

  v.

      Case No.    5D22-376
      LT Case No. 2015-CF-817

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 7, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Wendell Curcio, Raiford, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, HARRIS and NARDELLA, JJ., concur.